DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:     ANTHONY J. SUN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2810
Fax: (212) 637-2786
anthony.sun@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **NOTICE OF MOTION** |
| vs. | No. 22 Civ. 7800 (CS) |
| AMERICAN IRON AND METAL COMPANY, INC., CULP INDUSTRIES, INC., PARAMOUNT GLOBAL, PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law plaintiff

United States of America will move this Court to enter the proposed consent decree.

Defendants have consented to entry of this relief.

Date:  New York, New York
       October 18, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ Anthony J. Sun
     ANTHONY J. SUN
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, NY 10007
     Telephone: (212) 637-2810
     Fax: (212) 637-2786
     anthony.sun@usdoj.gov

     *Attorney for the United States of America*